IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JOEL FRANK STANER, #309866 | § § | |
| v. | § § | CIVIL ACTION NO. G-02-729 |
| DOUG DRETKE, DIRECTOR OF TDCJ-CID | § § § | |

### ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on January 18, 2006, to which Petitioner has filed his Objections in a timely manner.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Objections are without merit and that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the " Petition for a Writ of Habeas Corpus" of Joel Frank Staner (Instrument No. 1) is **DISMISSED** as time-barred

**DONE** at Galveston, Texas this 13th day of February, 2006.

_____
Samuel B. Kent
United States District Judge